**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| AKEEM BELLO and SACHIKO SHIMATANI, individually and the marital community comprised thereof, | Case No. 2:25-cv-01176-JHC |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, Dkt. # 11, all of Plaintiffs' claims against Defendant State Farm Fire and Casualty Company, this action shall be dismissed WITH PREJUDICE and without costs to any party.

**It is so Ordered.**

DONE this 5th day of February, 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1
Case No. 2:25-cv-01176-JHC